Elizabeth M. Lodewyk, an Infant, etc., by Elizabeth Lodewyk, Her Guardian ad Litem, Respondent, v. William J. Muller, Defendant, Impleaded with H. J. Koehler Sporting Goods Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

McGuire & Atwood Company, Respondent, v. Ernst J. Kroemer and Frederick W. Kroemer, Copartners, etc., Appellants.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that there is no evidence in the record showing the amount to be deducted for freight charges under the contract of shipment. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Henry Miller, Appellant, v. Alexander Greenspan, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Defendant was not entitled to a lien upon plaintiff's safe for storage charges. (*Merritt* v. *Peirano,* 10 App. Div. 563.) While defendant may have a cause of action in tort for a trespass upon his premises, this claim is not the proper subject of counterclaim in this action. (*Bernheimer* v. *Hartmayer,* 50 App. Div. 316.) Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Patrick C. Mulvey, an Infant, by Elizabeth Corcoran, His Guardian ad Litem, Respondent, v. The Long Island Railroad Company, Appellant, Impleaded with Degnon Contracting Company, Defendant.— Judgment and order unanimously affirmed on reargument, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ.

Simon Nager, Jr., Respondent, v. Max Schenkman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Antonio Orlando, an Infant, by Michael Orlando, His Guardian ad Litem, Respondent, v. The Long Island Railroad Company, Appellant, Impleaded with Degnon Contracting Company, Defendant.— Judgment and order unanimously affirmed on reargument, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ.

William W. Penfield, Respondent, v. Julius Lewine, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Morris Posnir, Appellant, v. Rostof Company and Samuel Weinberg, Respondents.— Order of the Municipal Court of October 13, 1910, setting aside the verdict and ordering a new trial affirmed. Order of October 31, 1910, reducing the amount of the costs to be paid as a condition of granting such new trial reversed, upon the ground that one judge of the Municipal Court had no power to review the order of another judge of said court in this regard. As defendants have not appealed from so much of the order of October thirteenth as imposed costs as a condition, we cannot review the correctness of such decision. No costs should be awarded to either party as against the other upon these appeals. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. John G. Kells, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No